# Exhibit A



Search:

| Home | All Products | My Account | Reorder | Help |

Select Contact Lenses     Select Manufacturer    Select

## Welcome to Lens.com - Brand Name Contact Lenses for Less!

**Savings up to 70% Off**
Great Customer Service
Convenient
Easy
Fast

Envision your perfect contact lenses and find them now
▶ Click Here

### Services
- Reorders
- Login / Logout
- My Account
- Customer Service
- Refer a Friend
- Affiliate Program

### Top 10 Sellers
- 1-Day Acuvue
- Acuvue
- Acuvue 2
- Acuvue Advance
- Acuvue Oasys
- Biomedics 55
- Focus Dailies 90PK
- Focus Night & Day
- FreshLook ColorBlends
- SofLens 66 Toric

### Top Manufacturers
- Bausch & Lomb
- CIBA Vision
- CooperVision
- Johnson & Johnson
- Ocular Sciences
- Wesley Jessen

**Testim**
"The Lens.c is so easy t readily finc looking fo prices are a shipment ar it was expe makes apprecia custo
- John D.,

"The prices are excellen of price co and I was v with Le Customer a very hel Thar
- D. Johnsc


Reorder


Order Status

Refer a Friend and Save

| 1-800 LENS.COM | Home | All Products | My Account | Reorder | Order Status | Contact Us |

**CONTACT LENSES QUICK FIND**

| 1-Day Acuvue | Acuvue 2 | Acuvue Advance | Acuvue Oasys | Biomedics |
|---|---|---|---|---|
| Biomedics 55 | Focus 1-2 Week Visitint | Focus Dailies | Focus Night & Day | Focus Mont |
| FreshLook One Day | FreshLook ColorBlends | O2 Optix | PureVision | PureVision |
| PureVision Toric | Proclear Compatibles | SofLens 38 | SofLens 66 Toric | Vertex Tori |

© 1995-2006 Lens.com®. All Rights Reserved. Lens.com® is a contact lens replacement company, and a direct to consumer ma lenses. As a contact lens replacement center, we can only sell you contact lenses that you have a valid prescription for, and are wear
**Privacy Policy** | **Legal Disclaimers** | **Contacts A-Z** | **Contacts by Mfr** | **Contacts by Type**



**1-800 LENS.COM**

Search:

| Home | All Products | My Account | Reorder | Help |

Select Contact Lenses    Select Manufacturer    Select

Contact Lenses > Johnson & Johnson > 1-2 Week Disposable > Acuvue

## Acuvue

| | |
|---|---|
| **Regular Price:** | $15.95 per Box |
| **Manufacturer:** | Johnson & Johnson |
| **Type:** | 1-2 Week Disposable |
| **Contains:** | 6 Lenses per Box |
| Email to a Friend |  FSA Eligible |



Lowest Price GUARANTEE
BUY MORE SAVE MORE
Buy 4+ @ $14.89
per eye   per box



▶ **Enter Prescription**

| | Quantity | Base Curve | Diameter | Power | Price per Box (as low as) |
|---|---|---|---|---|---|
| **Left Eye** (OS) | 4 Boxes | Select | Select | Select | $14.89 |
| **Right Eye** (OD) | 4 Boxes | Select | Select | Select | $14.89 |

We are a replacement contact lens company, and are a direct to consumer marketer of contact lenses. As a replacement center, we can only sell you contact lenses that have been prescribed by your eye care professional and that you are wearing successfully. By continuing with your order you confirm that you are successfully wearing the selected lenses for which you have a valid prescription.

▶ Add to Ca 

## Product Details

| | |
|---|---|
| **Product Information:** | Acuvue was the world's first daily disposable contact lens. Intended a week extended wear lens Acuvue offers patients convenience and cor |
| | These lenses are tinted for ease of handling and will not change the c your eye. The tint is simply designed to facilitate locating the contact in solution. These contact lenses contain an inside-out "AV" indicator ensure proper application/insertion. |
| | Lens.com has been providing the exact same Acuvue contacts as pres by your eye doctor since 1995. Take advantage of our discount prices order your Acuvue contact lenses today! |
| **Product Availability:** | In stock - Orders normally ship same day if ordered by 2 PM CST |
| **Price Comparison:** | **Our Price** $15.95    **Retail Price** $24.00    **You Save** $8.05 |
| **Return Policy:** | Return or exchange unopened lenses within 30 days |
| **Material Content:** | 42% Polymer (etafilcon A) |
| **Water Content:** | 58% $H_2O$ |

| Manufacturer: | Johnson & Johnson |

## Customer Reviews

Write an online review for Acuvue Contact Lenses

53 out of 276 people found the following review helpful:

| Written By: Yvonne Miller | **fast shiping** |
|---|---|
| ★★★★★ | I have been wearing acuview contacts for years - since 1994. |
| Was this review helpful?: Yes No | |

| **1-800 LENS.COM** | **Home** | **All Products** | **My Account** | **Reorder** | **Order Status** | **Contact Us** | |
|---|---|---|---|---|---|---|---|
| **CONTACT LENSES QUICK FIND** | | | | | | | |
| 1-Day Acuvue | Acuvue 2 | Acuvue Advance | | Acuvue Oasys | | Biomedics | |
| Biomedics 55 | Focus 1-2 Week Visitint | Focus Dailies | | Focus Night & Day | | Focus Mont | |
| FreshLook One Day | FreshLook ColorBlends | O2 Optix | | PureVision | | PureVision | |
| PureVision Toric | Proclear Compatibles | SofLens 38 | | SofLens 66 Toric | | Vertex Tori | |

© 1995-2007 Lens.com®. All Rights Reserved. Lens.com® is a contact lens replacement company, and a direct to consumer ma lenses. As a contact lens replacement center, we can only sell you contact lenses that you have a valid prescription for, and are wear
**Privacy Policy** | **Legal Disclaimers** | **Contacts A-Z** | **Contacts by Mfr** | **Contacts by Type**



| | Search: | | | |
|---|---|---|---|---|
| Home | All Products | My Account | Reorder | Help |
| Select Contact Lenses | | | Select Manufacturer | Select |

## ▶ Shopping Cart

**4 Easy Steps:** BILL TO/SHIP TO — REVIEW ORDER — DOCTOR INFO — S(

| Product and Prescription Information | Quantity | Unit Price |
|---|---|---|
| **Bausch & Lomb 2 Week (SofLens 59)**<br>**Eye:** Left<br>**Base Curve:** 8.6<br>**Diameter:** 14.2<br>**Power:** -4.75<br>Change  Remove | 3 Boxes | Sugg. Price ~~$18.00~~<br>Our Price   $12.99<br>You Save     $5.01 |
| **Bausch & Lomb 2 Week (SofLens 59)**<br>**Eye:** Right<br>**Base Curve:** 8.6<br>**Diameter:** 14.2<br>**Power:** -4.25<br>Change  Remove | 3 Boxes | Sugg. Price ~~$18.00~~<br>Our Price   $12.99<br>You Save     $5.01 |
| **Acuvue**<br>**Eye:** Left<br>**Base Curve:** 8.4<br>**Diameter:** 14.0<br>**Power:** -4.75<br>Change  Remove | 4 Boxes | Sugg. Price ~~$24.00~~<br>Our Price   $14.89<br>You Save     $9.11 |
| **Acuvue**<br>**Eye:** Right<br>**Base Curve:** 8.4<br>**Diameter:** 14.0<br>**Power:** -4.25<br>Change  Remove | 4 Boxes | Sugg. Price ~~$24.00~~<br>Our Price   $14.89<br>You Save     $9.11 |
| **Acuvue**<br>**Eye:** Left<br>**Base Curve:** 8.4<br>**Diameter:** 14.0<br>**Power:** -4.75<br>Change  Remove | 4 Boxes | Sugg. Price ~~$24.00~~<br>Our Price   $14.89<br>You Save     $9.11 |
| **Acuvue**<br>**Eye:** Right<br>**Base Curve:** 8.4<br>**Diameter:** 14.0<br>**Power:** -4.25<br>Change  Remove | 4 Boxes | Sugg. Price ~~$24.00~~<br>Our Price   $14.89<br>You Save     $9.11 |

◄ Enter Coupons    ◄ Continue Shopping    ▶ Go to Checkout

---

**Need Help?** Contact us via email at Service@Lens.com or call us toll-free at 1-800-LENSCOM.

| Shop with Confidence | We Respect Your Privacy | Money Back Guarantee |
|---|---|---|
|  All personal information that you submit is |  We will never sell or trade your email with any other |  We offer a mor guarantee for ( |

encrypted and secure.                    company. Privacy Policy                    or defective le<br>
                                                                                    Complete Details

**1-800 LENS.COM**     **Home**     **All Products**     **My Account**     **Reorder**     **Order Status**     **Contact Us**

**CONTACT LENSES QUICK FIND**

| 1-Day Acuvue | Acuvue 2 | Acuvue Advance | Acuvue Oasys | Biomedics |
| --- | --- | --- | --- | --- |
| Biomedics 55 | Focus 1-2 Week Visitint | Focus Dailies | Focus Night & Day | Focus Mont |
| FreshLook One Day | FreshLook ColorBlends | O2 Optix | PureVision | PureVision |
| PureVision Toric | Proclear Compatibles | SofLens 38 | SofLens 66 Toric | Vertex Tori |

© **1995-2007 Lens.com®. All Rights Reserved.** Lens.com® is a contact lens replacement company, and a direct to consumer ma lenses. As a contact lens replacement center, we can only sell you contact lenses that you have a valid prescription for, and are wear
**Privacy Policy | Legal Disclaimers | Contacts A-Z | Contacts by Mfr | Contacts by Type**



Search:

Home        All Products       My Account       Reorder       Help

Select Contact Lenses                              Select Manufacturer       Select

**4 Easy Steps:**  ① BILL TO/SHIP TO    ② REVIEW ORDER    ③ DOCTOR INFO    S(

### ▶ Billing Info                                    ### ▶ Shipping Info        ☑ Same as

| | |
|---|---|
| First Name: | Jane |
| Last Name: | Doe |
| Street: | 123 Main Street |
| City: | South Jordan |
| State/Province: | Utah |
| Postal Code: | 84095 |
| Country: | US-United States |
| Phone: | 248   123-4567 |

Shipping Info:   Same as Billing Info

### ▶ Shipping Method    Learn More

Shipping:   USPS Priority Mail $7.95 - (5-7 Days)

◀ Go Back            ▶ Continue

**Need Help?** Contact us via email at Service@Lens.com or call us toll-free at 1-800-LENSCOM.

| Shop with Confidence | We Respect Your Privacy | Money Back Guarantee |
|---|---|---|
|  All personal information that you submit is encrypted and secure. |  We will never sell or trade your email with any other company. Privacy Policy |  We offer a mor guarantee for ( or defective ler Complete Deta |

1-800 LENS.COM     Home     All Products     My Account     Reorder     Order Status     Contact Us

**CONTACT LENSES QUICK FIND**

| 1-Day Acuvue | Acuvue 2 | Acuvue Advance | Acuvue Oasys | Biomedics |
|---|---|---|---|---|
| Biomedics 55 | Focus 1-2 Week Visitint | Focus Dailies | Focus Night & Day | Focus Mont |
| FreshLook One Day | FreshLook ColorBlends | O2 Optix | PureVision | PureVision |
| PureVision Toric | Proclear Compatibles | SofLens 38 | SofLens 66 Toric | Vertex Tori |

© 1995-2007 Lens.com®. All Rights Reserved. Lens.com® is a contact lens replacement company, and a direct to consumer ma lenses. As a contact lens replacement center, we can only sell you contact lenses that you have a valid prescription for, and are wear
**Privacy Policy** | **Legal Disclaimers** | **Contacts A-Z** | **Contacts by Mfr** | **Contacts by Type**





Search:

Home    All Products    My Account    Reorder    Help

Select Contact Lenses    Select Manufacturer    Select

Frequently Asked Questions > Company Information > Contact Information

## ▶ Contact Information

Lens.com maintains the highest standards of customer service. If you have any problem inv our site or your purchase please contact us immediately and we will do our best to service y needs as soon as possible.

**Customer Service**
Toll-Free Phone:        1-800-LENSCOM
International Phone:    1-573-754-3600
Fax:                    1-573-754-5200
Email:                  Service@Lens.com

**Customer Service**          **Hours**
Monday to Friday             *7:00 AM to 9:00 PM CST*
Saturday                     *8:00 AM to 4:00 PM CST*

**Mailing Address**

Lens.com, Inc.
P. O. Box 366
Louisiana, MO 63353

More about Company Information

| 1-800 LENS.COM | Home | All Products | My Account | Reorder | Order Status | Contact Us |
|---|---|---|---|---|---|---|

**CONTACT LENSES QUICK FIND**

| 1-Day Acuvue | Acuvue 2 | Acuvue Advance | Acuvue Oasys | Biomedics |
|---|---|---|---|---|
| Biomedics 55 | Focus 1-2 Week Visitint | Focus Dailies | Focus Night & Day | Focus Mont |
| FreshLook One Day | FreshLook ColorBlends | O2 Optix | PureVision | PureVision |
| PureVision Toric | Proclear Compatibles | SofLens 38 | SofLens 66 Toric | Vertex Tori |

© 1995-2007 Lens.com®. All Rights Reserved. Lens.com® is a contact lens replacement company, and a direct to consumer ma lenses. As a contact lens replacement center, we can only sell you contact lenses that you have a valid prescription for, and are wear
**Privacy Policy** | **Legal Disclaimers** | **Contacts A-Z** | **Contacts by Mfr** | **Contacts by Type**