# **Exhibit B**

Dockets.Justia.com

 

Select Contact Lenses    search

### lens types
1-2 Week Disposable
Bifocal Lenses
Color Disposable
Daily Disposable
Gas Permeable
Monthly Disposable
Novelty Lenses
Private Label
Toric Lenses
Vial Lenses

### manufacturers
Bausch & Lomb
CIBA Vision
CooperVision
Johnson & Johnson
Ocular Sciences
Wesley Jessen

### most popular lenses
1-Day Acuvue
Acuvue
Acuvue 2
Acuvue Advance
Acuvue Oasys
Biomedics 55
Focus Dailies 90PK
Focus Night & Day
FreshLook ColorBlends
SofLens 66 Toric

### other products
Reading Glasses

Just Lenses is by far the most convenient and affordable choice for refilling your contact lens prescription. We know the health benefits of contact lenses can be overshadowed by the costs, so we're committed to providing the most healthy, affordable and convenient service available anywhere.

We provide the exact contact lenses prescribed by your eye doctor, in factory sealed packaging, at savings of up to 70% off what you would pay at the retail level. And we offer the convenience of delivering your discount contact lenses right to your home or office - you don't have to order your lens at marked-up prices. From Acuvue to FreshLook Contacts - we have what you're looking for. What could be more ideal?



| Lowest Price GUARANTEE | Just Lenses Price (as low as) | Compare to 1-800 Contacts | Compa your Eye |
|---|---|---|---|
| Acuvue 2 | BUY $13.99 | $19.95 | $24. |
| 1 Day Acuvue | BUY $19.99 | $24.95 | $29.9 |
| Biomedics 55 | BUY $13.99 | $19.95 | $29. |
| Focus Night & Day | BUY $42.99 | $69.95 | $89. |
| Optima FW | BUY $13.99 | $19.95 | $25. |

| Acuvue | Bausch & Lomb | Biomedic |
|---|---|---|
|  |  |  |
| Focus | Frequency | Freshloo |
|  |  |  |

my account | order status | complete product list | legal disclaimer | privacy policy | contact

**CONTACT LENSES BROWSER**

| 1-Day Acuvue | Acuvue | Acuvue 2 | Acuvue 2 Colours - Enhancers | Acuvue 2 Colour |
|---|---|---|---|---|
| Acuvue Advance | Acuvue Oasys | Bausch & Lomb 2 Week | Biomedics 38 | Biomedics 55 |
| Focus 1-2 Week SoftColors | Focus 1-2 Week Visitint | Focus Dailies | Focus Monthly SoftColors | Focus Monthly 1 |
| Focus Monthly Visitint | Focus Night & Day | Focus Progressive | Frequency 55 | FreshLook Color |
| FreshLook Colors | FreshLook Handling Tint | Precision UV | SofLens 66 Toric | SofLens One Da |

Any materials provided on this web site are for informational purposes only. Have your eyes examined regularly and al\
your eye care professional's instructions for the proper use and care of your contact lenses. IF YOU ARE HAVING ANY U
EYE DISCOMFORT, WATERING, VISION CHANGE OR REDNESS, REMOVE YOUR LENSES IMMEDIATELY AND CONSULT YOL
PROFESSIONAL BEFORE WEARING YOUR LENSES AGAIN.

Contact Lenses A-Z | Contact Lenses by Manufacturer | Contact Lenses by Type | Resource Directory
© 1998-2006 Just Lenses. All Right Reserved.



Select Contact Lenses    search

Contact Lenses > 1-2 Wee

## ▶ Choose your 1-2 Week Disposable contact lenses

**Bausch & Lomb**
Bausch & Lomb 2 Week (SofLens 59)
Optima FW (SofLens 38)
SeeQuence II (SofLens 38)
SofLens 38 (Optima FW)
SofLens 59

**CIBA Vision**
Focus 1-2 Week Visitint
FreshLook Handling Tint
NewVues (Focus 1-2 Week)
O2 Optix
Precision UV

**CooperVision**
Encore Sphere (Vertex Sphere)
Vertex Sphere (Encore Sphere)

**Johnson & Johnson**
Acuvue
Acuvue 2
Acuvue Advance
Acuvue Oasys

**Ocular Sciences**
Biomedics 38 (UltraFlex 38)
Biomedics 55 (UltraFlex 55)
Biomedics 55 Premier
Biomedics XC

**Wesley Jessen**
FreshLook Handling Tint
Precision UV

## Average Customer Product Ratings

| Product | Review |
|---|---|
| **Acuvue**<br>Johnson & Johnson<br>★★★★★<br>5.0 stars (1 review) | Have been wearing Acuvue lenses since 1989 and love them. Comfort level is gr wearing time is superb. |
| **Acuvue 2**<br>Johnson & Johnson<br>★★★★★<br>5.0 stars (1 review) | Acuvue2 contacts gives me 20/20 vision. I love my Acuvue2 contacts. |
| **Acuvue Advance**<br>Johnson & Johnson<br>★★★★★<br>5.0 stars (1 review) | Acuvue Advance is the first contacts I have ever had, and I am sticking with the feel them, and they are so easy to put in and take out. I love Acuvue Advance. much Johnson & Johnson. |
| **O2 Optix**<br>CIBA Vision<br>★★★★★<br>5.0 stars (1 review) | You can't go wrong with O2 Optix contacts. They are so comfortable and you car them which makes life so much easier. Even in the morning O2 Optix rarely nee refreshing drops to relubricate them. I had worn contact lenses years ago and st just got back into them about two years ago. I'm so glad I did. I can't recommer O2 hi... |
| **Biomedics 55 Premier**<br>Ocular Sciences<br>★★★★★<br>5.0 stars (1 review) | Biomedics 55 Premier is an excellent contact lens. I love them even after wearin a full 12 hours. |
| **Acuvue Oasys** | I have worn contacts sucessfully since 1958, but as I have grown older my eyes |

| Johnson & Johnson 5.0 stars (3 reviews) | production has deminished, and it became increasingly difficult to stay comforta wearing contacts. After 7 months now, of wearing Acuvue Oaysis lenses, my dry problem doesnt bother me anymore. Also airborn dust and wind, don't cause me anymore. My vi... |

my account | order status | complete product list | legal disclaimer | privacy policy | contact

| CONTACT LENSES BROWSER | | | | |
|---|---|---|---|---|
| 1-Day Acuvue | Acuvue | Acuvue 2 | Acuvue 2 Colours - Enhancers | Acuvue 2 Colou |
| Acuvue Advance | Acuvue Oasys | Bausch & Lomb 2 Week | Biomedics 38 | Biomedics 55 |
| Focus 1-2 Week SoftColors | Focus 1-2 Week Visitint | Focus Dailies | Focus Monthly SoftColors | Focus Monthly 1 |
| Focus Monthly Visitint | Focus Night & Day | Focus Progressive | Frequency 55 | FreshLook Colo |
| FreshLook Colors | FreshLook Handling Tint | Precision UV | SofLens 66 Toric | SofLens One Da |

Any materials provided on this web site are for informational purposes only. Have your eyes examined regularly and al your eye care professional's instructions for the proper use and care of your contact lenses. IF YOU ARE HAVING ANY U EYE DISCOMFORT, WATERING, VISION CHANGE OR REDNESS, REMOVE YOUR LENSES IMMEDIATELY AND CONSULT YOU PROFESSIONAL BEFORE WEARING YOUR LENSES AGAIN.

Contact Lenses A-Z| Contact Lenses by Manufacturer| Contact Lenses by Type
© 1998-2007 Just Lenses. All Right Reserved.

Discount Acuvue Contact Lenses as low as $14.89 - Lowest Price Guarantee! Page 1 of 2

Case 2:07-cv-00591-DB    Document 1-4    Filed 08/13/2007    Page 6 of 14



Select Contact Lenses    search

Contact Lenses > Johnson & Johnson > 1-2 Week Disposable > Acuvue Co

## Acuvue Contact Lenses

| | |
|---|---|
| **Regular Price:** | $15.95 per Box |
| **Manufacturer:** | Johnson & Johnson |
| **Type:** | 1-2 Week Disposable |
| **Contains:** | 6 Lenses per Box |

Email to a Friend    FSA Eligible



Buy 4+ @ $14.89
per eye    per box



### ▶ Enter Prescription

| | Quantity | Base Curve | Diameter | Power | Price per Box (as low as) |
|---|---|---|---|---|---|
| **Left Eye** (OS) | 4 Boxes | Select | Select | Select | $14.89 |
| **Right Eye** (OD) | 4 Boxes | Select | Select | Select | $14.89 |

▶ Add to Cart

## Product Details

| | |
|---|---|
| **Product Information:** | Acuvue was the world's first daily disposable contact lens. Intended a: week extended wear lens Acuvue offers patients convenience and con |
| | These lenses are tinted for ease of handling and will not change the c your eye. The tint is simply designed to facilitate locating the contact solution. These contact lenses contain an inside-out "AV" indicator to ensure proper application/insertion. |
| **Product Availability:** | In stock - Orders normally ship same day if ordered by 2 PM CST |
| **Price Comparison:** | **Our Price** $15.95    **Retail Price** $24.00    **You Save** $8.05 |
| **Return Policy:** | Return or exchange unopened lenses within 30 days |
| **Material Content:** | 42% Polymer (etafilcon A) |
| **Water Content:** | 58% $H_2O$ |
| **Manufacturer:** | Johnson & Johnson |

## Customer Reviews

Write an online review for Acuvue Contact Lenses

4 out of 5 people found the following review helpful:

| Written By: Anonymous | **Acuvue lenses - Love them!** |
|---|---|
| Was this review helpful?: Yes No | Have been wearing Acuvue lenses since 1989 and love them. Comfor is great and wearing time is superb. |

my account | order status | complete product list | legal disclaimer | privacy policy | contact

**CONTACT LENSES BROWSER**

| 1-Day Acuvue | Acuvue | Acuvue 2 | Acuvue 2 Colours - Enhancers | Acuvue 2 Colour |
|---|---|---|---|---|
| Acuvue Advance | Acuvue Oasys | Bausch & Lomb 2 Week | Biomedics 38 | Biomedics 55 |
| Focus 1-2 Week SoftColors | Focus 1-2 Week VisitInt | Focus Dailies | Focus Monthly SoftColors | Focus Monthly 1 |
| Focus Monthly VisitInt | Focus Night & Day | Focus Progressive | Frequency 55 | FreshLook Color |
| FreshLook Colors | FreshLook Handling Tint | Precision UV | SofLens 66 Toric | SofLens One Da |

Any materials provided on this web site are for informational purposes only. Have your eyes examined regularly and al your eye care professional's instructions for the proper use and care of your contact lenses. IF YOU ARE HAVING ANY U EYE DISCOMFORT, WATERING, VISION CHANGE OR REDNESS, REMOVE YOUR LENSES IMMEDIATELY AND CONSULT YOU PROFESSIONAL BEFORE WEARING YOUR LENSES AGAIN.

Contact Lenses A-Z| Contact Lenses by Manufacturer| Contact Lenses by Type
© 1998-2007 Just Lenses. All Right Reserved.




Select Contact Lenses    search

▶ **Shopping Cart**                                3 Easy Steps:   ORDER INFO    DOCTOR INFO

| Product and Prescription Information | Quantity | Unit Price |
|---|---|---|
| **Acuvue**<br>Eye: Left<br>Base Curve: 8.4<br>Diameter: 14.0<br>Power: -4.75<br>Change   Remove | 4 Boxes | Sugg. Price $24.00<br>Our Price $14.89<br>You Save $9.11 |
| **Acuvue**<br>Eye: Right<br>Base Curve: 8.4<br>Diameter: 14.0<br>Power: -4.25<br>Change   Remove | 4 Boxes | Sugg. Price $24.00<br>Our Price $14.89<br>You Save $9.11 |

## Qualifying Offer

**Offer Description**

**Free Lens Case**        You already qualify for this FREE offer!  (Offer Code: FREECASE, a $1.99 value)

◀ Continue Shopping    ▶ Go to Checkout

**Need Help?** Contact us via email at Service@JustLenses.com or call us toll-free at 1-800-516-5367.

| Shop with Confidence | We Respect Your Privacy | Money Back Guarantee |
|---|---|---|
| SECURE SITE — All personal information that you submit is encrypted and secure. |  We will never sell or trade your email with any other company. Privacy Policy |  We offer a mo guarantee for or defective le Complete Deta |

my account | order status | complete product list | legal disclaimer | privacy policy | contact

| CONTACT LENSES BROWSER | | | | | |
|---|---|---|---|---|---|
| 1-Day Acuvue | Acuvue | Acuvue 2 | Acuvue 2 Colours - Enhancers | Acuvue 2 Colou |
| Acuvue Advance | Acuvue Oasys | Bausch & Lomb 2 Week | Biomedics 38 | Biomedics 55 |
| Focus 1-2 Week SoftColors | Focus 1-2 Week Visitint | Focus Dailies | Focus Monthly SoftColors | Focus Monthly 1 |
| Focus Monthly Visitint | Focus Night & Day | Focus Progressive | Frequency 55 | FreshLook Colo |
| FreshLook Colors | FreshLook Handling Tint | Precision UV | SofLens 66 Toric | SofLens One Da |

Any materials provided on this web site are for informational purposes only. Have your eyes examined regularly and al your eye care professional's instructions for the proper use and care of your contact lenses. IF YOU ARE HAVING ANY U EYE DISCOMFORT, WATERING, VISION CHANGE OR REDNESS, REMOVE YOUR LENSES IMMEDIATELY AND CONSULT YOU PROFESSIONAL BEFORE WEARING YOUR LENSES AGAIN.

Contact Lenses A-Z| Contact Lenses by Manufacturer| Contact Lenses by Type
© 1998-2007 Just Lenses. All Right Reserved.

**Need Help?** Contact us via email at Service@JustLenses.com or call us toll-free at 1-800-516-5367.

### Shop with Confidence

All personal information that you submit is encrypted and secure.

### We Respect Your Privacy

We will never sell or trade your email with any other company. Privacy Policy

### Money Back Guarantee

We offer a mo[ney back] guarantee for [any] or defective le[ns] Complete Deta[ils]

my account | order status | complete product list | legal disclaimer | privacy policy | contact

| CONTACT LENSES BROWSER | | | | |
|---|---|---|---|---|
| 1-Day Acuvue | Acuvue | Acuvue 2 | Acuvue 2 Colours - Enhancers | Acuvue 2 Colou[rs] |
| Acuvue Advance | Acuvue Oasys | Bausch & Lomb 2 Week | Biomedics 38 | Biomedics 55 |
| Focus 1-2 Week SoftColors | Focus 1-2 Week Visitint | Focus Dailies | Focus Monthly SoftColors | Focus Monthly T[oric] |
| Focus Monthly Visitint | Focus Night & Day | Focus Progressive | Frequency 55 | FreshLook Colo[rs] |
| FreshLook Colors | FreshLook Handling Tint | Precision UV | SofLens 66 Toric | SofLens One Da[y] |

Any materials provided on this web site are for informational purposes only. Have your eyes examined regularly and al[ways follow] your eye care professional's instructions for the proper use and care of your contact lenses. IF YOU ARE HAVING ANY U[NUSUAL] EYE DISCOMFORT, WATERING, VISION CHANGE OR REDNESS, REMOVE YOUR LENSES IMMEDIATELY AND CONSULT YOU[R EYE CARE] PROFESSIONAL BEFORE WEARING YOUR LENSES AGAIN.

Contact Lenses A-Z| Contact Lenses by Manufacturer| Contact Lenses by Type
© 1998-2007 Just Lenses. All Right Reserved.



Select Contact Lenses    search

## ▶ Order Information

**3 Easy Steps:** ORDER INFO — DOCTOR INFO — S[

| Product and Prescription Information | | Quantity | Unit Price |
|---|---|---|---|
| **Acuvue**<br>Eye: Left<br>Base Curve: 8.4<br>Diameter: 14.0<br>Power: -4.75<br>Change  Remove | Patient: Jane Doe<br>Doctor: BRIAN DAVIS | 4 Boxes | Sugg. Price ~~$24.00~~<br>Our Price  $14.89<br>You Save  $9.11 |
| **Acuvue**<br>Eye: Right<br>Base Curve: 8.4<br>Diameter: 14.0<br>Power: -4.25<br>Change  Remove | Patient: Jane Doe<br>Doctor: BRIAN DAVIS | 4 Boxes | Sugg. Price ~~$24.00~~<br>Our Price  $14.89<br>You Save  $9.11 |

**Free Lens Case** (Offer Code: FREECASE, a $1.99 value)                       Remove

Coupon/Offer Code [(optional)]  Apply

**Subtotal***:

**Shipping :** USPS Priority Mail $7.95 - (5-7

**Grand Total :**

### ▶ Billing Info

- First Name: Jane
- Last Name: Doe
- Street: 123 Main Street
- City: South Jordan
- State/Province: UT
- Postal Code: 84095
- Country: US-United States
- Phone: 801  4567891

### ▶ Shipping Info   ☑ Same as

- First Name: Jane
- Last Name: Doe
- Company: (optional)
- Street: 123 Main Street
- City: South Jordan
- State/Province: UT
- Postal Code: 84095
- Country: US-United States
- Phone: 801  4567891

◀ Go Back       ▶ Continue

**Need Help?** Contact us via email at Service@JustLenses.com or call us toll-free at 1-800-516-5367.

| Shop with Confidence | We Respect Your Privacy | Money Back Guarantee |
|---|---|---|
|  All personal information that you submit is encrypted and secure. |  We will never sell or trade your email with any other company. Privacy Policy |  We offer a mor guarantee for ( or defective ler Complete Deta |

my account | order status | complete product list | legal disclaimer | privacy policy | contact

| CONTACT LENSES BROWSER | | | | | |
|---|---|---|---|---|---|
| 1-Day Acuvue | Acuvue | Acuvue 2 | Acuvue 2 Colours - Enhancers | Acuvue 2 Colou |
| Acuvue Advance | Acuvue Oasys | Bausch & Lomb 2 Week | Biomedics 38 | Biomedics 55 |
| Focus 1-2 Week SoftColors | Focus 1-2 Week Visitint | Focus Dailies | Focus Monthly SoftColors | Focus Monthly 1 |
| Focus Monthly Visitint | Focus Night & Day | Focus Progressive | Frequency 55 | FreshLook Colo |
| FreshLook Colors | FreshLook Handling Tint | Precision UV | SofLens 66 Toric | SofLens One Da |

Any materials provided on this web site are for informational purposes only. Have your eyes examined regularly and al your eye care professional's instructions for the proper use and care of your contact lenses. IF YOU ARE HAVING ANY U EYE DISCOMFORT, WATERING, VISION CHANGE OR REDNESS, REMOVE YOUR LENSES IMMEDIATELY AND CONSULT YOU PROFESSIONAL BEFORE WEARING YOUR LENSES AGAIN.

Contact Lenses A-Z| Contact Lenses by Manufacturer| Contact Lenses by Type
© 1998-2007 Just Lenses. All Right Reserved.



Select Contact Lenses    search

### ▶ Order Information

**3 Easy Steps:**  ORDER INFO — DOCTOR INFO — S(

| Product and Prescription Information | | Quantity | Unit Price | |
|---|---|---|---|---|
| **Acuvue** Eye: Left, Base Curve: 8.4, Diameter: 14.0, Power: -4.75  Change  Remove | Patient: Jane Doe  Doctor: BRIAN DAVIS | 4 Boxes | Sugg. Price ~~$24.00~~  Our Price | $14.89 |
| | | | You Save | $9.11 |
| **Acuvue** Eye: Right, Base Curve: 8.4, Diameter: 14.0, Power: -4.25  Change  Remove | Patient: Jane Doe  Doctor: BRIAN DAVIS | 4 Boxes | Sugg. Price ~~$24.00~~  Our Price | $14.89 |
| | | | You Save | $9.11 |
| **Free Lens Case** (Offer Code: FREECASE, a $1.99 value) | | | Remove | |

Coupon/Offer Code [(optional)]  Apply

**Subtotal\*:**

**Shipping:** USPS Priority Mail $7.95 - (5-7

**Grand Total:**

### ▶ Billing Info                                   ### ▶ Shipping Info    ☑ Same as

| Billing | | Shipping | |
|---|---|---|---|
| First Name: | Jane | First Name: | Jane |
| Last Name: | Doe | Last Name: | Doe |
| | | Company: | (optional) |
| Street: | 123 Main Street | Street: | 123 Main Street |
| City: | South Jordan | City: | South Jordan |
| State/Province: | UT | State/Province: | UT |
| Postal Code: | 84095 | Postal Code: | 84095 |
| Country: | US-United States | Country: | US-United States |
| Phone: | 801   4567891 | Phone: | 801   4567891 |

◀ Go Back      ▶ Continue



Select Contact Lenses    search

▶ **Doctor Info**

3 Easy Steps:  ORDER INFO — DOCTOR INFO — SU

---

**Product and Prescription Information**    **Eye Care Provider**    Why do we ask for this information?

**Acuvue**

| Eye: Left | Eye: Right |
|---|---|
| Base Curve: 8.4 | Base Curve: 8.4 |
| Diameter: 14.0 | Diameter: 14.0 |
| Power: -4.75 | Power: -4.25 |

Doctor Name (or Store Name)  BRIAN DAVIS

Doctor Phone  801 - 253 - 3080

Patient Name  Jane Doe

▶ Search For My Doctor

◀ Go Back    ▶ Continue

---

**Need Help?** Contact us via email at Service@JustLenses.com or call us toll-free at 1-800-516-5367.

**Shop with Confidence**    **We Respect Your Privacy**    **Money Back Guarantee**

All personal information that you submit is encrypted and secure.    We will never sell or trade your email with any other company. Privacy Policy    We offer a mon guarantee for u or defective len Complete Detai

SECURE SITE        

my account | order status | complete product list | legal disclaimer | privacy policy | contact

---

| CONTACT LENSES BROWSER | | | | |
|---|---|---|---|---|
| 1-Day Acuvue | Acuvue | Acuvue 2 | Acuvue 2 Colours - Enhancers | Acuvue 2 Colour |
| Acuvue Advance | Acuvue Oasys | Bausch & Lomb 2 Week | Biomedics 38 | Biomedics 55 |
| Focus 1-2 Week SoftColors | Focus 1-2 Week Visitint | Focus Dailies | Focus Monthly SoftColors | Focus Monthly 1 |
| Focus Monthly Visitint | Focus Night & Day | Focus Progressive | Frequency 55 | FreshLook Color |
| FreshLook Colors | FreshLook Handling Tint | Precision UV | SofLens 66 Toric | SofLens One Da |

Any materials provided on this web site are for informational purposes only. Have your eyes examined regularly and al your eye care professional's instructions for the proper use and care of your contact lenses. IF YOU ARE HAVING ANY U EYE DISCOMFORT, WATERING, VISION CHANGE OR REDNESS, REMOVE YOUR LENSES IMMEDIATELY AND CONSULT YOU PROFESSIONAL BEFORE WEARING YOUR LENSES AGAIN.

Contact Lenses A-Z| Contact Lenses by Manufacturer| Contact Lenses by Type
© 1998-2007 Just Lenses. All Right Reserved.


 Select Contact Lenses    search

Frequently Asked Questions > About U

# ▶ Contact Us

Just Lenses maintains the highest standards of customer service. If you have any problem involving our site or your purchase please contact us immediately and we will do our best to service your needs as soon as possible.

**Customer Service**
Toll-Free Phone: 1-800-516-5367
Fax: 1-573-754-5200
Email: Service@JustLenses.com

**Customer Service**    **Hours**
Monday to Friday    *7:00 AM to 9:00 PM CST*
Saturday    *8:00 AM to 4:00 PM CST*

**Mailing Address**

Just Lenses
P. O. Box 366
Louisiana, MO 63353

More about us

my account | order status | complete product list | legal disclaimer | privacy policy | contact

| LENS BROWSER | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1-Day Acuvue | Acuvue | Acuvue 2 | Acuvue 2 Colours - Enhancers | Acuvue 2 Colou |
| Acuvue Advance | Acuvue Oasys | Bausch & Lomb 2 Week | Biomedics 38 | Biomedics 55 |
| Focus 1-2 Week SoftColors | Focus 1-2 Week Visitint | Focus Dailies | Focus Monthly SoftColors | Focus Monthly 1 |
| Focus Monthly Visitint | Focus Night & Day | Focus Progressive | Frequency 55 | FreshLook Colo⎵ |
| FreshLook Colors | FreshLook Handling Tint | Precision UV | SofLens 66 Toric | SofLens One Da |

Any materials provided on this web site are for informational purposes only. Have your eyes examined regularly and al⎵ your eye care professional's instructions for the proper use and care of your contact lenses. IF YOU ARE HAVING ANY U EYE DISCOMFORT, WATERING, VISION CHANGE OR REDNESS, REMOVE YOUR LENSES IMMEDIATELY AND CONSULT YOL PROFESSIONAL BEFORE WEARING YOUR LENSES AGAIN.

Contact Lenses A-Z| Contact Lenses by Manufacturer| Contact Lenses by Type
© 1998-2007 Just Lenses. All Right Reserved.