# Exhibit C

Dockets.Justia.com



**WHOIS Lookup**                   .com    [Go!]   Lookup registration data for domains.

## WHOIS information for: lens.com:

```
[whois.enom.com]
=-=-=-=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: lens.com

Registrant Contact:
   Lens.com, Inc.
   Domain Administrator (domain@lens.com)
   800-414-5367
   Fax:
   P. O. Box 27740
   Las Vegas, NV 89126
   US

Administrative Contact:
   Lens.com, Inc.
   Domain Administrator (domain@lens.com)
   800-414-5367
   Fax:
   P. O. Box 27740
   Las Vegas, NV 89126
   US

Technical Contact:
   Lens.com, Inc.
   Domain Administrator (domain@lens.com)
   800-414-5367
   Fax:
   P. O. Box 27740
   Las Vegas, NV 89126
   US

Status: Locked

Name Servers:
   ns1.powerserve.net
   ns2.powerserve.net

Creation date: 03 May 1999 16:20:26
Expiration date: 03 May 2015 00:00:00
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
```

```
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

Verio Inc. - Growing Your Business, One Click At A Time
```

**Domain Information**
Domain Name Registration, News
Daily DNS Changes, ICANN

**Hosting Resources**
Web Hosting, VPS, Managed Hosting,
Windows Hosting, Windows Servers

*Copyright © 1999-2007*