# **Exhibit G**

September 1, 2005

Lens.com, Inc.
P.O. Box 366
Louisiana, MO 63353

Re: Trademark Infringement of 1800 CONTACTS Trademark in Sponsored Advertisements at Google and Related Search Engines.

To Whom It May Concern:

My name is David Zeidner, and I am Legal Counsel for 1800 CONTACTS, INC.

As you know, 1800 CONTACTS is one of the nation's leading distributors of contact lenses. To protect its reputation and good will among consumers, 1800 CONTACTS aggressively polices the use of its copyrights and trademarks.

Recently it has come to my attention that you are engaged in a targeted scheme to infringe upon the 1800 CONTACTS trademark in that you have purchased sponsored advertisements at Google, and possibly at other search engines, for the 1800 CONTACTS trademark to trigger a link to your directly competitive www.Lens.com website. At least four of these advertisements have been purchased through Google's AdWords Program. I have attached screen shots of each of the infringing actions by your company, for your reference.

Your advertisement is triggered upon a search for "1800 CONTACTS" and thus, uses the 1800 CONTACTS trademark as a triggering keyword to advertise for your directly competitive goods and services. This is willful and blatant trademark infringement that is damaging to 1800 CONTACTS and its established rights in its 1800 CONTACTS trademark. You have no legitimate right to use the 1800 CONTACTS trademark in this manner, and it is readily apparent that such usage is a deliberate and willful attempt to trade off the goodwill established by 1800 CONTACTS in its famous 1800 CONTACTS trademark by diverting web users legitimately looking for 1800 CONTACTS products/services to your www.Lens.com web page.

1800 CONTACTS is very concerned about this unauthorized and illegal use of its valuable 1800 CONTACTS trademark and is prepared to take whatever legal steps necessary to protect the value and integrity of this trademark. 1800 CONTACTS is intent upon stopping this trademark infringement and hereby demands:

1. that you immediately cease and desist from any and all infringing activities with respect to the 1800 CONTACTS trademark, and

2. that you immediately removal **ALL** sponsored advertisements you have purchased through Google, Yahoo Search, and any and other search engines which are triggered by the 1800 CONTACTS trademark.

Further, I request that you confirm in writing within seven (7) business days of your receipt of this letter that you and all persons or entities associated with you will comply with our demands. If I do not hear from you or your attorney within seven (7) business days of your receipt of this letter, I will assume that you intend to ignore our demands, and 1800 CONTACTS will take all further legal action necessary to resolve this matter.

Be aware that under the Lanham Trademark Act a trademark owner proving trademark infringement may be entitled to 1) injunctive relief; 2) the infringer's profits; 3) any damages sustained by the trademark owner; and/or 4) litigation costs. Further, infringement of a registered trademark under the Lanham Act could subject you, as a willful infringer, to treble damages.

I look forward to hearing from you within the seven (7) business days as requested. I can be reached by telephone at 801-924-9800 or at the mailing address provided on the bottom of the first page of this letter.

Sincerely,

David Zeidner
Legal Counsel
1800 CONTACTS, INC.

Search Term: 1800contacts.com
Search Results Page: http://search.aol.com/aolcom/search?query=1800contacts.com
Other Organizations Bidding:

1) www.Lens.com



Search Term: 1-800 contacts
Search Results Page: http://www.google.com/sponsoredlinks?q=1-800+contacts
Other Organizations Bidding:

1. www.Lens.com



Search Term: 1-800-contacts
Search Results Page: http://www.google.com/sponsoredlinks?q=1-800-contacts
Other Organizations Bidding:

1. www.Lens.com



Search Term: 1800contacts
Search Results Page: http://www.google.com/sponsoredlinks?q=1800contacts

1. www.Lens.com

