


# Exhibit I

Dockets.Justia.com

**Kristin L. Murphy**

---

**From:** Bryan G. Pratt

**Sent:** Thursday, July 26, 2007 12:35 PM

**To:** Kristin L. Murphy

**Subject:** FW: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

---

**From:** Tony DeGidio [mailto:tony@cyberlawyer.com]
**Sent:** Wednesday, September 21, 2005 4:03 PM
**To:** Bryan G. Pratt
**Cc:** Tony DeGidio
**Subject:** Re: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

Mr. Pratt,

Mr. Zeidner from 1-800-CONTACTS was advised that Lens.com Inc. is represented by counsel yet you persist in contacting my client. He further has declined to return my phone calls to him. Please take note that I represent Lens.com Inc. with respect to its intellectual property protection and litigation. To this end cease your communications to my client and Mr. Samourkachian. If you are interested in resolving the problems outlined in your letter please contact me directly.

We have looked into this matter and have determined that some of our affiliates appear to be involved in the problems you outlined. Upon identifying the appropriate individuals we will advise them to cease purchasing 1-800-CONTACTS from Google.

Sincerely,

Anthony J. DeGidio Esq.
1776 Tremainsville Rd.
Toledo, Ohio 43614
419-478-1776 (Voice)
419-478-5087 (Fax)
E-Mail: tony@cyberlawyer.com

CONFIDENTIALITY NOTICE
This message is privileged and confidential and is intended only for the use of the individual or entity to which it is addressed. The information is private and protected by law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify me by e-mail or telephone and destroy any copies of this communication.

----- Original Message -----
**From:** Bryan G. Pratt
**To:** cary@samourkachian.com

**Sent:** Tuesday, September 20, 2005 6:19 PM
**Subject:** FW: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

Mr. Samourkachian,

Please review the attached document.

Feel free to contact me with any questions you may have.

Thank You,

RADER,
FISHMAN



Bryan G. Pratt, Esq.
Registered Patent Attorney
Rader, Fishman & Grauer PLLC
10653 S. River Front Parkway, Suite 150
South Jordan , Utah 84095
+1-801-253-9957 direct
+1-801-735-8358 mobile
+1-801-572-7666 facsimile
bgp@raderfishman.com

**CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT**: The enclosed message and any attachments are intended for the addressee only and is privileged and confidential. If you are not the addressee, then please DO NOT read, copy or distribute it, but reply to the sender that you received it in error and delete it. Thank you.