# Exhibit L

Dockets.Justia.com

Anthony J. DeGidio Esq.
1776 Tremainsville Rd.
Toledo, Ohio 43614
419-478-1776 (Voice)
419-478-5087 (Fax)
E-Mail: tony@cyberlawyer.com

CONFIDENTIALITY NOTICE
This message is privileged and confidential and is intended only for the use of the individual or entity to which it is addressed. The information is private and protected by law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify me by e-mail or telephone and destroy any copies of this communication.

----- Original Message -----
**From:** Bryan G. Pratt
**To:** Bryan G. Pratt ; Tony DeGidio
**Cc:** Samantha Blair ; Dave Zeidner
**Sent:** Wednesday, December 07, 2005 10:35 AM
**Subject:** RE: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

Mr. DeGidio,

Thank you for the actions you have taken in response to my last message included below. The lens.com sponsored advertisement on Google that was triggered by searches for 1800contacts has been removed.

However, the sponsored advertisements for Lens.com are still present on search.aol.com. Again, we appreciate the prompt action you have taken in the past in resolving these situations with your affiliates. We hope for a continued amicable relationship in resolving these situations. Please reply to this message with a confirmation of its receipt and a detail of the actions you plan to take to remedy the situation.

Thank you in advance for your prompt attention to this matter. Please feel free to contact me with any questions you may have.

Thank You,

**RADER,**

**FISHMAN**

**& GRAUER**
**PLLC**

Bryan G. Pratt, Esq.
Registered Patent Attorney
Rader, Fishman & Grauer PLLC
10653 S. River Front Parkway, Suite 150
South Jordan , Utah 84095
+1-801-253-9957 direct
+1-801-735-8358 mobile
+1-801-572-7666 facsimile
bgp@raderfishman.com

**CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT:** The enclosed message and any attachments are intended for the addressee only and is privileged and confidential. If you are not the addressee, then please DO NOT read, copy or distribute it, but reply to the sender that you received it in error and delete it. Thank you.

-----Original Message-----

**From:** Bryan G. Pratt
**Sent:** Wed 11/30/2005 2:55 PM
**To:** 'Tony DeGidio'
**Cc:** 'Samantha Blair'; Dave Zeidner
**Subject:** RE: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

Mr. DeGidio,

I was recently contacted by my client 1-800 Contacts and informed that Lens.com is again showing up as a sponsored advertisement on Google and Yahoo triggered by the search terms 1-800contacts and 1-800contacts.com. I have attached the screen shots of the sponsored advertisements for your records.

We appreciate the prompt action you have taken in the past in resolving these situations with your affiliates. We hope for a continued amicable relationship in resolving these situations. Please reply to this message with a confirmation of its receipt and a detail of the actions you plan to take to remedy the situation.

Thank you in advance for your prompt attention to this matter. Please feel free to contact me with any questions you may have.

Thank You,



Bryan G. Pratt, Esq.
Registered Patent Attorney
Rader, Fishman & Grauer PLLC
10653 S. River Front Parkway, Suite 150
South Jordan , Utah 84095
+1-801-253-9957 direct
+1-801-735-8358 mobile
+1-801-572-7666 facsimile
bgp@raderfishman.com

**CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT**: The enclosed message and any attachments are intended for the addressee only and is privileged and confidential. If you are not the addressee, then please DO NOT read, copy or distribute it, but reply to the sender that you received it in error and delete it. Thank you.

-----Original Message-----
**From:** Tony DeGidio [mailto:tony@cyberlawyer.com]
**Sent:** Wednesday, September 21, 2005 4:03 PM
**To:** Bryan G. Pratt
**Cc:** Tony DeGidio
**Subject:** Re: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

Mr. Pratt,

Mr. Zeidner from 1-800-CONTACTS was advised that Lens.com Inc. is represented by counsel yet you persist in contacting my client. He further has declined to return my phone calls to him. Please take note that I represent Lens.com Inc. with respect to its intellectual property protection and litigation. To this end cease your communications to my client and Mr. Samourkachian. If you are interested in resolving the problems outlined in your letter please contact me directly.

We have looked into this matter and have determined that some of our affiliates appear to be involved in the problems you outlined. Upon identifying the appropriate individuals we will advise them to cease purchasing 1-800-CONTACTS from Google.

====

Sincerely,

Anthony J. DeGidio Esq.
1776 Tremainsville Rd.
Toledo, Ohio 43614
419-478-1776 (Voice)
419-478-5087 (Fax)
E-Mail: tony@cyberlawyer.com

CONFIDENTIALITY NOTICE
This message is privileged and confidential and is intended only for the use of the individual or entity to which it is addressed. The information is private and protected by law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify me by e-mail or telephone and destroy any copies of this communication.

----- Original Message -----
**From:** Bryan G. Pratt
**To:** cary@samourkachian.com
**Sent:** Tuesday, September 20, 2005 6:19 PM
**Subject:** FW: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

Mr. Samourkachian,

Please review the attached document.

Feel free to contact me with any questions you may have.

Thank You,



Bryan G. Pratt, Esq.
Registered Patent Attorney
Rader, Fishman & Grauer PLLC
10653 S. River Front Parkway, Suite 150
South Jordan , Utah 84095
+1-801-253-9957 direct
+1-801-735-8358 mobile
+1-801-572-7666 facsimile
bgp@raderfishman.com

**CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT**: The enclosed message and any attachments are intended for the addressee only and is privileged and confidential. If you are not the addressee, then please DO NOT read, copy or distribute it, but reply to the sender that you received it in error and delete it. Thank you.

## Google:
04/06/07

Search Term: 1 800 contact
Search
ResultsPage:http://www.google.com/search?hl=en&q=1+800+contact&btnG=Google+Search
Other Organizations Bidding:
1. www.lensworld.com
2. www.lens.com



Search Term: 1 800 contacts
Search Results Page: http://www.google.com/search?hl=en&q=1+800+contacts&btnG=Search
Other Organizations Bidding:

1. www.LensWorld.com

1 800 contacts - Google Search - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://www.google.com/search?hl=e

Customize Links   Free Hotmail   Windows Marketplace   Windows Media   Windows

Sign in

# Google

Web   Images   Video   News   Maps   more »

1 800 contacts          [ Search ]   Advanced Search
                                     Preferences

**Web**                      Results 1 - **10** of about 34,700,000 for **1 800 contacts**. (0.06 seconds)

1800CONTACTS.com                        Sponsored Link          Sponsored Links
www.**1800contacts**.com   World's largest contact lens store. We make
it simple.                                              LensWorld.com 75% Off
                                                        Up to 75% off Retail Price!
                                                        Free Shipping on Orders Over $89
Contact Lenses at **1-800 CONTACTS** | World's Largest   www.LensWorld.com
Contact Lens Store®
**1-800 CONTACTS** - The world's largest contact lens store®. Over 20
million factory-fresh **contacts** in stock, including Acuvue, Focus, Freshlook,
Optima, ... ⊞ Stock quote for CTAC
www.**1800contacts**.com/ - 42k - Cached - Similar pages
    Most Popular - www.1800contacts.com/lenses/contact-lens-p.htm
    Acuvue - www.1800contacts.com/discount/acuvue.htm
    My Account -
    www.1800contacts.com/AccountHub/MyAccount.aspx
    New Visitors - www.1800contacts.com/BuyersGuide/
    More results from www.1800contacts.com »

Colored Contact Lenses at **1-800 CONTACTS** | World's Largest Contact ...
Colored Contact Lenses at **1-800 CONTACTS** - get free shipping, easy online ordering, and
guaranteed customer service at the World's Largest Contact Lens ...
www.**1800contacts**.com/lenses/color.htm - 37k - Cached - Similar pages

Home at **1-800 CONTACTS** | World's Largest Contact Lens Store®
Have your eyes examined regularly and always follow your eye care professional's instructions
for the proper use and care of your **contacts**. ...
https://jobs.**1800contacts**.com/careers/ - 10k - Cached - Similar pages

    Company Info at **1-800 CONTACTS** | World's Largest Contact Lens Store®
    As the world's largest contact lens store®, **1-800 CONTACTS** is dedicated to providing you
    with a simple, hassle-free way to replace your contact lenses. ...
    https://jobs.**1800contacts**.com/careers/corporate/index.asp?fuseaction=home - 10k -
    Cached - Similar pages
    [ More results from https://jobs.1800contacts.com ]

**1-800 CONTACTS**, INC. - **1-800 CONTACTS** to Release Fourth Quarter ...
Representatives from **1-800 CONTACTS** may discuss future operations during the conference
call. The Company encourages all interested parties to listen to the ...
investors.**1800contacts**.com/releasedetail.cfm?ReleaseID=230580 - 11k -
Cached - Similar pages

    **1-800 CONTACTS**, INC. - Press Releases
    Feb 21, 2006 /PRNewswire-FirstCall via COMTEX News Network/ -- **1-800 CONTACTS**, INC.
    (Nasdaq: CTAC) will release results for its fourth quarter and fiscal ...
    investors.**1800contacts**.com/releases.cfm - 49k - Cached - Similar pages

Done

start      Microsoft Excel - aff_...      Mozilla Firefox Start P...      1 800 contacts - Goo...      Other Orga

Search Term: 1800 contact
Search Results Page: http://www.google.com/search?hl=en&q=1800+contact&btnG=Search
Other Organizations Bidding:

1. www.justlenses.com
2. www.budget800.com
3. Contactsportal.com

---

**1800 contact - Google Search - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

http://www.google.com/search?hl=e|

Customize Links   Free Hotmail   Windows Marketplace   Windows Media   Windows

Sign in

**Google**   Web   Images   Video   News   Maps   **more »**

1800 contact    Search   Advanced Search   Preferences

**Web**   Results 1 - 10 of about 37,100,000 for 1800 **contact**. (0.17 seconds)

1800CONTACTS.com    Sponsored Link
www.**1800**contacts.com    World's largest **contact** lens store. We make it
simple.

**Contact** Lenses at 1-**800** CONTACTS | World's Largest
**Contact** Lens Store®
1-800 CONTACTS - The world's largest **contact** lens store®. Over 20 million
factory-fresh contacts in stock, including Acuvue, Focus, Freshlook, Optima,
... ⊞ Stock quote for CTAC
www.**1800**contacts.com/ - 42k - Cached - Similar pages
   Most Popular - www.1800contacts.com/lenses/contact-lens-p.htm
   Acuvue - www.1800contacts.com/discount/acuvue.htm
   My Account - www.1800contacts.com/AccountHub/MyAccount.aspx
   New Visitors - www.1800contacts.com/BuyersGuide/
   More results from www.1800contacts.com »

O2 Optix at **1-800** CONTACTS | World's Largest **Contact** Lens
Store®
O2 Optix at 1-800 CONTACTS - get free shipping, easy online ordering, and guaranteed
customer service at the World's Largest **Contact** Lens Store®.
www.**1800**contacts.com/lens/o2-optix.htm - Apr 13, 2007 - Similar pages

**1800** Fly Europe - **Contact** Us for Great Deals on Discounted Flights ...
Book now for early season savings on car rentals, travel bargains, discounted air, European
hotels and package deals from 1-800-FlyEurope.
www.**1800**flyeurope.com/**contact**.cfm - 21k - Cached - Similar pages

BUY DISCOUNT **CONTACT** LENSES ONLINE at 1-**800**-GET-LENS ®
BUY DISCOUNT **CONTACT** LENSES ONLINE at 1-800-GET-LENS ® - We carry all major
brands of discount contact lenses including Acuvue, Biomedics, Focus, Frequency, ...
www.**1800**getlens.com/ - 18k - Cached - Similar pages

DJ-**1800** - **Contact** Us
We are open to any and every feature suggestions for future versions of DJ-1800. Our aim is to
make this the greatest and best-used DJing application for ...
www.dj**1800**.com/**contact**us.php - 9k - Cached - Similar pages

DnbRadio: Black Sun Empire - **1800 Contact** on DSCI4 (DSCI4EP002 ...
Black Sun Empire - 1800 Contact (2002). no image. no image. Rated 8.86 (20 votes). Song
Length:. 5:29. Album:. DSCI4 (DSCI4EP002). Label:. DSCI4. Requests: ...
www.dnbradio.com/song/Black+Sun+Empire+-+**1800**+**Contact** - 53k - Cached - Similar pages

Technology & Marketing Law Blog: Important 2d Circuit Adware Case ...
By rejecting 1-800-Contact's case for lack of a trademark "use," which is a precondition for

Done

Sponsored Links

3.9¢/min 1-800 Number
No pre-payment required. Instant
activation. True '800' number.
www.budget800.com

Buy Contacts Online
Simple online ordering of lenses.
Compare our prices and save!
www.JustLenses.com

**Contact** Lenses
Save on Name Brand Contacts
Colored Contacts and Solution.
ContactsPortal.com

---

start    Microsoft Excel - aff_...    Mozilla Firefox Start P...    1800 contact - Googl...    Other Orga

Search Term: 1800 contacts

Search Results Page: http://www.google.com/search?hl=en&q=1800+contacts&btnG=Search
Other Organizations Bidding:
1. www.LensWorld.com
2. contactsportal.com



**1800 contacts - Google Search - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

http://www.google.com/search?hl=e

□ Customize Links  □ Free Hotmail  □ Windows Marketplace  □ Windows Media  □ Windows

Sign in

**Google**   |1800 contacts      Search   Advanced Search / Preferences

Web   Images   Video   News   Maps   more »

**Web**                                    Results 1 - 10 of about 2,160,000 for 1800 contacts. (0.09 seconds)

1800CONTACTS.com                                Sponsored Link          Sponsored Links
www.**1800contacts**.com    World's largest contact lens store. We make
it simple.                                                              LensWorld.com 75% Off
                                                                        Up to 75% off Retail Price!
**Contact** Lenses at **1-800 CONTACTS** | World's Largest               Free Shipping on Orders Over $89
**Contact** Lens Store®                                                  www.LensWorld.com
**1-800 CONTACTS** - The world's largest contact lens store®. Over 20
million factory-fresh contacts in stock, including Acuvue, Focus, Freshlook,   Contact Lenses
Optima, ... ⊞Stock quote for CTAC                                        Save on Name Brand Contacts
www.**1800contacts**.com/ - 42k - Cached - Similar pages                  Colored Contacts and Solution.
     Most Popular - www.1800contacts.com/lenses/contact-lens-p.htm       ContactsPortal.com
     Acuvue - www.1800contacts.com/discount/acuvue.htm
     My Account -
     www.1800contacts.com/AccountHub/MyAccount.aspx
     New Visitors - www.1800contacts.com/BuyersGuide/
     More results from www.1800contacts.com »

**Contact** Lens Specials at **1-800 CONTACTS** | World's Largest **Contact** ...
Contact Lens Specials at 1-800 CONTACTS - get free shipping, easy online ordering, and
guaranteed customer service at the World's Largest Contact Lens ...
www.**1800contacts**.com/lenses/specials.htm - 64k - Cached - Similar pages

Discount **Contact** Lenses - **Contacts** Coupons for **1800Contacts** ...
Order discount contact lenses online for less using our 1800Contacts coupons and Vision
Direct coupon codes. Buy contact lenses online including soft color ...
www.popular**contacts**.com/ - 9k - Cached - Similar pages

Home at **1-800 CONTACTS** | World's Largest **Contact** Lens Store®
Have your eyes examined regularly and always follow your eye care professional's instructions
for the proper use and care of your contacts. ...
https://jobs.**1800contacts**.com/careers/ - 10k - Cached - Similar pages

YourUtahJob.com
Through its toll-free telephone number, 1 800 CONTACTS, and through its multiple ... 1-800
CONTACTS has been the recipient of the Work Life and Best ...
264.prod.careersite.com/admin/
processermpviewcompanyprofile?docid=A0461-447FE&custid=A0461-00B1&su... - 10k -
Cached - Similar pages

**1-800 Contacts** - Wikipedia, the free encyclopedia
1-800 CONTACTS (NASDAQ: CTAC) is a company based in Draper, Utah that sells most
popular brands of contact lenses, including Johnson & Johnson Vision Care, ...
en.wikipedia.org/wiki/1-800_Contacts - 27k - Cached - Similar pages

Done

**start**      Microsoft Excel - aff_...      Mozilla Firefox Start P...      1800 contacts - Goog...      Other Orga

Search Term: 1-800 contacts
Search Results Page: http://www.google.com/search?hl=en&q=1-800+contacts&btnG=Search
Other Organizations Bidding:
1. www.LensWorld.com



Search Term: 1800.contacts
Search Results Page: http://www.google.com/search?hl=en&q=1800.contacts&btnG=Search
Other Organizations Bidding:
1. www.LensWorld.com
2. www.LensDiscounters.com
3. www.contacts1st.com
4. www.EzContactsUSA.com
5. contactsportal.com

1800.contacts - Google Search - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://www.google.com/search?hl=e

☐ Customize Links  ☐ Free Hotmail  ☐ Windows Marketplace  ☐ Windows Media  ☐ Windows

Sign in

# Google

Web   Images   Video   News   Maps   more »

1800.contacts          [ Search ]   Advanced Search   Preferences

## Web

Results 1 - 10 of about 25,700 for **1800.contacts**. (0.10 seconds)

Sponsored Links

1800CONTACTS.com
www.**1800contacts**.com    Easy ordering, savings & name-brand
contacts. We make it simple.

LensWorld.com 75% Off
www.LensWorld.com    Up to 75% off Retail Price! Free Shipping on
Orders Over $89

Contact Lenses at 1-800 CONTACTS | World's Largest
Contact Lens Store®
... discontinue use immediately and consult your eye care professional.
**1800 Contacts** Copyright © 2007 1-800 Contacts, Inc. All rights reserved.
⊞ Stock quote for CTAC
www.1800contacts.com/ - 42k - Cached - Similar pages
    Most Popular - www.1800contacts.com/lenses/contact-lens-p.htm
    Acuvue - www.1800contacts.com/discount/acuvue.htm
    My Account -
    www.1800contacts.com/AccountHub/MyAccount.aspx
    New Visitors - www.1800contacts.com/BuyersGuide/
    More results from www.1800contacts.com »

**1800 contacts** - Shopping.com
Read **1800 contacts** Reviews and Compare **1800 contacts** Prices.
Shopping.com helps shoppers find, compare, and buy anything in just
seconds.
www.shopping.com/xGS-1800_contacts - 87k - Cached - Similar pages

    Personal Care - **1800 contacts** - Shopping.com
    Read Personal Care - **1800 contacts** Reviews and Compare Personal Care - **1800 contacts**
    Prices. Shopping.com helps shoppers find, compare, and buy anything in ...
    www.shopping.com/xDN-personal_care-1800_contacts - 82k - Cached - Similar pages

Technology & Marketing Law Blog: LA Times on Adware Advertisers ...
In an ironic twist, **1800 Contacts**, one of the most cutthroat users of the ... "Schmidt [a rep for
**1800 Contacts**] recently bought tools to check into his ...
blog.ericgoldman.org/archives/2005/05/la_times_on_adw.htm - 17k - Cached - Similar pages

Discount Contacts and Discount Contact Lens and Lens Discounts and ...
Receive $40-$80 off the most popular lenses by mail in rebate (plus free shipping) - Click here
to use this **1800 contacts** Coupon ...
www.momsview.com/discountcontacts.shtml - 32k - Cached - Similar pages

CTAC - Blog Entries that match CTAC (**1800 Contacts** Inc.)
Blog Search Results for CTAC (**1800 Contacts** Inc.) Results 1 - 1 of 1 blog entries. Add a Blog

Done

Sponsored Links

1-877-LENS-347 Contacts
We will beat all 1800 and Direct
mail order prices. Try us today!
www.LensDiscounters.com

Contact Lenses on Sale
Free shipping on Acuvue, O2 Optix,
Soflens 66 Toric & Proclear orders
www.Contacts1st.com

Contact Lenses - Cheap
Low Prices. Fast Shipping.
12 Year in Business
www.EzContactsUSA.com

Contact Lenses
Save on Name Brand Contacts
Colored Contacts and Solution.
ContactsPortal.com

start    Microsoft Excel - off_...    Mozilla Firefox Start P...    1800.contacts - Goog...    Other Orga

Search Term: 1800contact
Search Results Page: http://www.google.com/search?hl=en&q=1800contact&btnG=Search
Other Organizations Bidding:
    1.   www.lensworld.com

1800contact - Google Search - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://www.google.com/search?hl=e

Customize Links   Free Hotmail   Windows Marketplace   Windows Media   Windows

Sign in

## Google

Web   Images   Video   News   Maps   **more »**

1800contact          [ Search ]   Advanced Search
                                   Preferences

## Web

Results **1 - 10** of about 873 for **1800contact**. (0.07 seconds)

1800CONTACTS.com                                        Sponsored Links
www.1800contacts.com    World's largest contact lens store. We make it simple.

Contact Lens World
www.LensWorld.com    Save up to 70%! Free shipping on orders over $89.

**1800contact**.com - Discount Contact Lense - Order Online + FREE ...
**1800contact**.com - the discount contact lense store online. Take advantage of FREE delivery
and up to 50% off store prices! Select your prescription contact ...
www.**1800contact**.com/Link_Partners/contact-lense.shtml - 6k - Cached - Similar pages

Restricted Words | Affiliate Program | The Company | Corporate ...
Restrictions for affiliates' use of trademarks and other keywords at 1-800 CONTACTS, the
World's Largest Contact Lens Store®
www.**1800contacts**.com/coInfo/affiliate/restrictedterms.shtml - 20k - Cached - Similar pages

"**1800contact**" | Personal Care at mySimon
Save money! We have Personal Care comparison shopping information at mySimon. Compare
prices and narrow the selection to items that have **1800contact**, ...
www.mysimon.com/9000-10955_8-0.html?sdcq=keyword-**1800contact** - 73k - Apr 11, 2007 -
Cached - Similar pages

**1800contact** $40-$80 OFF for popular lenses
**1800contact** Deal Detail:$40-$80 OFF for **1800contact** Most Popular contact lenses.
www.best-coupons-codes.com/**1800contact**-40-80-off-for-popular-lenses.html - 13k -
Cached - Similar pages

    1800Contacts.com Coupons
    **1800contact** $40-$80 OFF for popular lenses **1800contact** Deal Detail: $40-$80 OFF for
    **1800contact** Most Popular contact lenses. ...
    www.best-coupons-codes.com/contact-lenses/**1800contacts**.com-coupons - 12k - Apr 12,
    2007 - Cached - Similar pages

CoastalContacts.com Affiliate Program
Any variation of: **1800contact**(s) 1-800-contact(s) **1800contact**(s) 800contact(s)
contact(s).com **1800contact**(s) 800contact(s).com 1800contac(s) ...
www.coastalcontacts.com/affwiz/Restricted.cfm - 12k - Cached - Similar pages

Contact Lens, **1800contact**, 1800contacts Com
Specialize in providing quality. Contact Lens Committed to lowest prices! **1800contact**
Highest quality Guaranteed! wesley jessen Huge variety.
83.113.92.17/S06671/contact-lens/**1800contact**.html - 8k - Cached - Similar pages

Frequency 55 - **1800contact**

Done

start     Microsoft Excel - aff_...    Mozilla Firefox Start P...    1800contact - Google...    Other Orga

Other Organizations Bidding:
1. www.lensworld.com
2. www.justlenses.com



Search Term: 1-800-contacts
Search Results Page: http://www.google.com/search?hl=en&q=1-800-contacts&btnG=Search
Other Organizations Bidding:
1.  www.lensworld.com

1-800-contacts - Google Search - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

🔗 http://www.google.com/search?hl=e

☐ Customize Links ☐ Free Hotmail ☐ Windows Marketplace ☐ Windows Media ☐ Windows

Sign in

**Google**   Web   Images   Video   News   Maps   **more »**
1-800-contacts                    Search    Advanced Search
                                            Preferences

---

**Web**                          Results 1 - 10 of about 1,090,000 for 1-800-<u>contacts</u>. (0.04 seconds)

<u>1800CONTACTS.com</u>                      Sponsored Link          Sponsored Links
www.**1800contacts**.com    World's largest contact lens store. We make
it simple.                                                 <u>LensWorld.com 75% Off</u>
                                                           Up to 75% off Retail Price!
<u>Contact Lenses at **1-800 CONTACTS**</u> | World's Largest    Free Shipping on Orders Over $89
Contact Lens Store®                                        www.LensWorld.com
1-800 CONTACTS - The world's largest contact lens store®. Over 20
million factory-fresh contacts in stock, including Acuvue, Focus, Freshlook,
Optima, ... ⊞ Stock quote for CTAC
www.**1800contacts**.com/ - 42k - Cached - Similar pages
    <u>Most Popular</u> - www.1800contacts.com/lenses/contact-lens-p.htm
    <u>Acuvue</u> - www.1800contacts.com/discount/acuvue.htm
    <u>My Account</u> -
    www.1800contacts.com/AccountHub/MyAccount.aspx
    <u>New Visitors</u> - www.1800contacts.com/BuyersGuide/
    <u>More results from www.1800contacts.com »</u>

<u>Colored Contact Lenses at **1-800 CONTACTS**</u> | World's Largest Contact ...
Colored Contact Lenses at 1-800 CONTACTS - get free shipping, easy online ordering, and
guaranteed customer service at the World's Largest Contact Lens ...
www.**1800contacts**.com/lenses/color.htm - 37k - Cached - Similar pages

<u>Discount Contact Lenses - Contacts Coupons for **1800Contacts**</u> ...
Order discount contact lenses online for less using our 1800Contacts coupons and Vision
Direct coupon codes. Buy contact lenses online including soft color ...
www.popularcontacts.com/ - 9k - Cached - Similar pages

<u>Home at **1-800 CONTACTS**</u> | World's Largest Contact Lens Store®
1800Contacts.com ... discontinue use immediately and consult your eye care professional.
2007 © Copyright 1-800 CONTACTS, Inc. All Rights Reserved.
https://jobs.**1800contacts**.com/careers/ - 10k - Cached - Similar pages

<u>**1-800 Contacts**</u> - Wikipedia, the free encyclopedia
1-800 CONTACTS (NASDAQ: CTAC) is a company based in Draper, Utah that sells most
popular brands of contact lenses, including Johnson & Johnson Vision Care, ...
en.wikipedia.org/wiki/1-800_Contacts - 27k - Cached - Similar pages

<u>Compare Prices and Read Reviews on **1-800 Contacts** Online Store at ...</u>
Epinions has the best comparison shopping information on 1-800 Contacts Online Store.
Compare prices from across the web and read reviews from other ...
www.epinions.com/content_128635014788 - 35k - Cached - Similar pages

<u>**1-800 Contacts**: Fine-tuning a Sales Strategy</u>
Using BI analytics data, call center agents at 1-800 Contacts changed their selling tactics to

Done

🔲 **start**     ☒ Microsoft Excel - aff ,...     Mozilla Firefox Start P...     1-800-contacts - Goo...     🔲 Other Orga

---

Search Term: 1800contacts.com

Search Results Page: http://www.google.com/search?hl=en&q=1800contacts.com
Other Organizations Bidding:
1. www.Lens.com
2. www.LensWorld.com
3. www.EyeglassWorld.com



Search Term: 800 contacts
Search Results Page: http://www.google.com/search?hl=en&q=800+contacts&btnG=Search
Other Organizations Bidding:
1.  www.LensWorld.com
2.  www.contacts-lenses.com



Search Term: 800.contacts
Search Results Page: http://www.google.com/search?hl=en&q=800.contacts&btnG=Search
Other Organizations Bidding:

1. www.LensWorld.com
2. www.Contact-Lenses.com

800.contacts - Google Search - Mozilla Firefox

File    Edit    View    History    Bookmarks    Tools    Help

http://www.google.com/search?hl=e

☐ Customize Links ☐ Free Hotmail ☐ Windows Marketplace ☐ Windows Media ☐ Windows

Sign in

**Google**    Web    Images    Video    News    Maps    more »
800.contacts                                    Search    Advanced Search
                                                          Preferences

**Web**                                    Results 1 - 10 of about 607,000 for 800.contacts. (0.11 seconds)

1800CONTACTS.com                                    Sponsored Link                Sponsored Links
www.1800contacts.com    World's largest contact lens store. We make it
simple.                                                                  Contact Lens World
                                                                         Save up to 70%!
Contact Lenses at 1-**800 CONTACTS** | World's Largest                   Free shipping on orders over $89.
Contact Lens Store®                                                      www.LensWorld.com
1-800 CONTACTS - The world's largest contact lens store®. Over 20 million
factory-fresh contacts in stock, including Acuvue, Focus, Freshlook,     **800 contacts**
Optima, ... ⊕ Stock quote for CTAC                                       Looking for 800 contacts?
www.1800contacts.com/ - 42k - Cached - Similar pages                     Find 800 contacts Here.
    Most Popular - www.1800contacts.com/lenses/contact-lens-p.htm        www.Contacts-Lenses.com
    Acuvue - www.1800contacts.com/discount/acuvue.htm
    My Account - www.1800contacts.com/AccountHub/MyAccount.aspx
    New Visitors - www.1800contacts.com/BuyersGuide/
    More results from www.1800contacts.com »

The Doctor and Your Rx at 1-**800 CONTACTS** | World's Largest Contact ...
The Doctor and Your Rx at 1-800 CONTACTS | World's Largest Contact Lens Store®
www.1800contacts.com/docAndRx/docrx-release.shtml - 25k - Cached - Similar pages

[PDF] The Honorable Ellsworth Van Graafeiland, of the United 1 States ...
File Format: PDF/Adobe Acrobat - View as HTML
1-800 Contacts, 309 F. Supp. 2d at 478. Each type of ad. 17. appears in a window that is
separate ... main browser window (containing the 1-800 Contacts ...
caselaw.findlaw.com/data2/circs/2nd/040026p.pdf - Similar pages

[PDF] 1 UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK ...
File Format: PDF/Adobe Acrobat - View as HTML
800 CONTACTS marks; 10.) Causing a likelihood of confusion or ... locations within the 1-800
Contacts domain. The URL of a webpage ...
www.nysd.uscourts.gov/courtweb/pdf/D02NYSC/03-10121.PDF - Similar pages

Compare Prices and Read Reviews on 1-**800 Contacts** Online Store at ...
Epinions has the best comparison shopping information on 1-800 Contacts Online Store.
Compare prices from across the web and read reviews from other ...
www.epinions.com/content_128635014788 - 35k - Cached - Similar pages

YourUtahJob.com
Through its toll-free telephone number, 1 800 CONTACTS, and through its multiple ... 1-800
CONTACTS has been the recipient of the Work Life and Best ...
284.prod.careersite.com/admin/
processempviewcompanyprofile?docid=A0461-447FE&custid=A0461-00B1&su... - 10k -
Cached - Similar pages

Done

start    Microsoft Excel - aff_...    Mozilla Firefox Start P...    800.contacts - Googl...    Other Orga

Search Term: 800contacts
Search Results Page: http://www.google.com/search?hl=en&q=800contacts&btnG=Search
Other Organizations Bidding:
1. www.lensworld.com
2. www.contacts-lenes.com

800contacts - Google Search - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://www.google.com/search?hl=e

☐ Customize Links  ☐ Free Hotmail  ☐ Windows Marketplace  ☐ Windows Media  ☐ Windows

Sign in

**Google**

Web   Images   Video   News   Maps   more »

800contacts

Search   Advanced Search   Preferences

**Web**

Results 1 - 10 of about 11,300 for 800contacts. (0.10 seconds)

1800CONTACTS.com                        Sponsored Link                    Sponsored Links
www.1800contacts.com     World's largest contact lens store. We make it
simple.                                                                   Contact Lens World
                                                                          Save up to 70%!
                                                                          Free shipping on orders over $89.
Contact Lenses at 1-**800 CONTACTS** | World's Largest                    www.LensWorld.com
Contact Lens Store®
1-**800 CONTACTS** - The world's largest contact lens store®. Over 20 million   **800contacts**
factory-fresh contacts in stock, including Acuvue, Focus, Freshlook,      Looking for 800contacts?
Optima, ... ⊞Stock quote for CTAC                                          Find 800contacts Here.
www.1800contacts.com/ - 42k - Cached - Similar pages                      www.Contacts-Lenses.com
    Most Popular - www.1800contacts.com/lenses/contact-lens-p.htm
    Acuvue - www.1800contacts.com/discount/acuvue.htm
    My Account - www.1800contacts.com/AccountHub/MyAccount.aspx
    New Visitors - www.1800contacts.com/BuyersGuide/
    More results from www.1800contacts.com »

[PDF] The Honorable Ellsworth Van Graafeiland, of the United 1 States ...
File Format: PDF/Adobe Acrobat - View as HTML
1-800 Contacts, 309 F. Supp. 2d at 478. Each type of ad ... identical, to 1-800's
1-800CONTACTS trademark. See 1-800 ...
caselaw.findlaw.com/data2/circs/2nd/040026p.pdf - Similar pages

[PDF] 1 UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK ...
File Format: PDF/Adobe Acrobat - View as HTML
800 CONTACTS marks; 10.) Causing a likelihood of confusion or ... locations within the 1-800
Contacts domain. The URL of a webpage ...
www.nysd.uscourts.gov/courtweb/pdf/D02NYSC/03-10121.PDF - Similar pages

Technology & Marketing Law Blog: Important 2d Circuit Adware Case ...
Important 2d Circuit Adware Case--1-800 Contacts v. WhenU ... The court fully appreciates
that 1-800 Contacts' arguments had the potential to take choices ...
blog.ericgoldman.org/archives/2005/06/important_2d_ci.htm - 30k - Cached - Similar pages

1-**800-Contacts** on Squidoo
Don't forget to check out 1-800-Contacts Coupons at Alex's Coupons About 1-800-Contacts
1-800-Contacts makes it easy to see clearly!
www.squidoo.com/1800contacts/ - 42k - Cached - Similar pages

1-**800-contacts**.com -- product video, demonstration, buying expert ...
A review of 1-800contacts.com, Videopinion product reviews are unbiased, personal
testimonials created by real users., Go to expotv.com the next time you're ...
www.expotv.com/videos/Everything_Else/1-800-contacts.com/36,32922/ - 27k -
Cached - Similar pages

Done

start     Microsoft Excel - aff_...     Mozilla Firefox Start P...     800contacts - Google...     Other Orga

Search Term: lens express
Search Results Page: http://www.google.com/search?hl=en&q=lens+express&btnG=Search
Other Organizations Bidding:

1. www.Lens.com

---

**lens express - Google Search - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

⬅ ▾     ▾ ⌂     🔗 http://www.google.com/search?hl=e ▾ ▶  G ▾

📁 Customize Links  📁 Free Hotmail  📁 Windows Marketplace  📁 Windows Media  📁 Windows

Sign in

Google

Web   Images   Video   News   Maps   **more »**

lens express                                    [Search]   Advanced Search
                                                           Preferences

---

**Web**                                    Results 1 - 10 of about 3,900,000 for <u>lens express</u>. (0.06 seconds)

1800CONTACTS.com                         Sponsored Link                    Sponsored Links
www.1800contacts.com   **Lens Express** is now 1-800 CONTACTS We
deliver. You save.                                                 **Lens**.com Official Site
                                                                   We offer a wide selection of lenses
                                                                   at 70% off. Shop **Lens**.com Now.
Contact **Lenses** at 1-800 CONTACTS | World's Largest              www.**Lens**.com
Contact **Lens** Store®
1-800 CONTACTS - The world's largest contact lens store®. Over 20
million factory-fresh contacts in stock, including Acuvue, Focus,
Freshlook, Optima, ... ⊕ Stock quote for CTAC
www.1800contacts.com/ - 42k - Cached - Similar pages
      Most Popular - www.1800contacts.com/lenses/contact-lens-p.htm
      Acuvue - www.1800contacts.com/discount/acuvue.htm
      My Account -
      www.1800contacts.com/AccountHub/MyAccount.aspx
      New Visitors - www.1800contacts.com/BuyersGuide/
      More results from www.1800contacts.com »

**Lens Express**, Inc.
Employer Health Register Supplier Profile for Lens Express, Inc.
www.employerhealth.com/EHR_sample_pages/sp3153.htm - 3k - Cached - Similar pages

**Lens Express** inc. @ Outcrier.com - Educated Online Buying Power ...
If you are aware of any **Lens Express** Inc. coupon codes or special deals not listed in our
database, please submit a support form or comment form and let us ...
www.outcrier.com/v_view.php?vid=86 - 16k - Cached - Similar pages

1-800 CONTACTS to Acquire **Lens Express** and **Lens** 1st - Camelot ...
Under the terms of the agreement, 1-800 CONTACTS will acquire certain assets of **Lens
Express** and **Lens** 1st, including databases, customer information, ...
www.camelotventures.com/News-02-Contacts.php - 8k - Cached - Similar pages

      Lens1st Acquires **Lens Express** - Camelot Ventures Investments ...
      Livonia, MI, November 26, 2002 – Lens1st, a leading direct to consumer contact **lens**
      replacement company, announced today the acquisition of **Lens Express**, ...
      www.camelotventures.com/News-02-**Lens**1st.php - 7k - Cached - Similar pages

Contact **Lenses** Express - Online Store for Monthly & Daily ...
Contact Lenses **Express** provides daily & monthly disposable contact **lenses** & toric lenses
of various brands like Bausch & Lomb, Coopervision, Ciba Vision, ...
www.contact**lenses**express.co.uk/ - 55k - Cached - Similar pages

Buy your mail order discount contact **lens** online at ...
Buy your mail order discount contact **lens** online at Express Contacts! We have the best
prices on the Internet for Acuvue Advance and Focus Night & Day.
**Done**

---

🔵 **start**   📕 Microsoft Excel - aff_...   📄 Mozilla Firefox Start P...   📄 lens express - Google...   📗 Other Orga

---

Search Term: lensexpress

Search Results Page: http://www.google.com/search?hl=en&q=lensexpress&btnG=Search
Other Organizations Bidding:
   1.  www.Lens.com

---

**lensexpress - Google Search - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

⬅ · · 🔄   🏠  🔲 http://www.google.com/search?hl=en ▼ ▶  🔲▼

🗋 Customize Links  🗋 Free Hotmail  🗋 Windows Marketplace  🗋 Windows Media  🗋 Windows

Sign in

**Google**   **Web**  Images  Video  News  Maps  **more »**
          lensexpress                          Search  Advanced Search
                                                       Preferences

**Web**                                  Results 1 - 10 of about 24,600 for **lensexpress**. (0.10 seconds)

1800CONTACTS.com                   Sponsored Link              Sponsored Links
www.1800contacts.com   Lens Express is now 1-800 CONTACTS We
deliver. You save.                                            Lens.com Official Site
                                                             We offer a wide selection of lenses
Did you mean: **lens express**                               at 70% off. Shop Lens.com Now.
                                                             www.Lens.com

Contact Lenses at 1-800 CONTACTS | World's Largest
Contact Lens Store®
1-800 CONTACTS - The world's largest contact lens store®. Over 20 million factory-fresh
contacts in stock, including Acuvue, Focus, Freshlook, Optima, ... ⊞Stock quote for CTAC
www.1800contacts.com/ - 42k - Cached - Similar pages

    Shop by Brand, Manufacturer, or Category at 1-800 CONTACTS ...
    Shop by Brand, Manufacturer, or Category at 1-800 CONTACTS - get free shipping, easy
    online ordering, and guaranteed customer service at the World's Largest ...
    www.1800contacts.com/img/shipping/guaranteeshippinghomepage - 33k -
    Cached - Similar pages

**LensExpress**
Uw zoekmachine voor een lage prijs in contactlenzen! Bent u voor uw contactlenzen ook op
zoek naar: - Een gegarandeerde lage marktprijs - Gemak - Snelle ...
www.**lensexpress**.nl/ - 30k - Cached - Similar pages

**LensExpress**.com coupons and promotional codes, updated daily ...
Find the most recent coupon and promotional codes and bargains from **LensExpress**.com.
Updated daily, dealnews' writers continually search the web for the ...
dealnews.com/coupons/online-stores/Lens-Express-com/565/ - 204k - Cached - Similar pages

**LensExpress**.com coupons and promotional codes, updated daily ...
Find the most recent coupon and promotional codes and bargains on Mac products from
**LensExpress**.com. Updated daily, dealnews' writers continually search the ...
dealmac.com/online-stores/Lens-Express-com/565/ - 33k - Cached - Similar pages

Lenzen Vergelijking.nl » **LensExpress**
Nu bij Lens**Express**, 180 paar 1-day Acuvue van Johnson & Johnson voor 249 euro en gratis
een ICI Paris XL waardebon van 10 euro. ...
www.lenzenvergelijking.nl/contactlens_shop_**lensexpress**_12.htm - 40k -
Cached - Similar pages

    Lenzen Vergelijking.nl » Nieuws: 'Optiekketen Hans Anders / Het ...
    Optiekketens Hans Anders en Het Huis dreigen contactlensaanbieder Lens**express** voor de
    rechter te slepen. Beide ketens zijn boos over een vergelijkende ...
    www.lenzenvergelijking.nl/nieuws_47_1.htm - 27k - Cached - Similar pages

Done

🏁 **start**    📧 Microsoft Excel - aff_...    🗐 Mozilla Firefox Start P...    lensexpress - Google ...    📑 Other Orga

**MSN:**
03/16/07

Search Term: 1 800 contact
Search Results Page: http://search.msn.com/results.aspx?q=1+800+contact&FORM=MSNH
Other Organizations Bidding:
1.  www.ringcentral.com
2.  www.tollfreenumber.org
3.  www.mytollfreenumber.com
4.  www.smarter.com
5.  www.business.com
6.  www.lenscomfort.com
7.  www.whosgot.net



Search Term: 1 800 contacts
Search Results Page: http://search.msn.com/results.aspx?q=1+800+contacts&FORM=MSNH
Other Organizations Bidding:

1. www.hot-inter.com
2. coastalcontacts.com (marketing will take care of this)
3. www.contactlensking.com
4. www.ringcentral.com
5. www.shipmycontacts.com
6. www.kall8.com
7. contacts.center.us.com



Search Term: 1800 contact
Search Results Page: http://search.msn.com/results.aspx?q=1800+contact&mkt=en-US&form=QBRE&go.x=16&go.y=12
Other Organizations Bidding:
1. www.top4results.com
2. Search.thinktarget.com
3. www.uncoverthenet.com
4. Contact.direct-us.net
5. www.gawwk.com
6. www.toseeka.com
7. www.lens.com



Search Term: 800 contacts
Search Results Page: http://search.msn.com/results.aspx?q=800+contacts&mkt=en-US&form=QBRE
Other Organizations Bidding:
1. www.coastalcontacts.com (marketing will take care of this)
2. www.hot-inter.com
3. www.lens.com
4. www.contactlensking.com
5. www.shipmycontacts.com
6. www.kall8.com
7. www.cheapcontact.info



Search Term: 800.contacts
Search Results Page: http://search.msn.com/results.aspx?q=800.contacts&mkt=en-US&form=QBRE&go.x=9&go.y=13
Other Organizations Bidding:
1. www.coastalcontacts.com (marketing will take care of this)
2. www.lens.com
3. www.contacactlensking.com
4. www.kall8.com

5. www.hot-inter.com
6. www.shipmycontacts.com
7. cheapcontact.info



Search Term: 800contacts
Search Results Page: http://search.msn.com/results.aspx?q=800contacts&mkt=en-US&form=QBRE
Other Organizations Bidding:
1) www.1000freeoffers.com
2) www.onlincoupons4me.com
3) www.thecoupons.com

4) www.utango.com
5) www.gawwk.com
6) www.choiceshoppingmall.com/coupons



Search Term: **lens express**
Search Results Page: http://search.msn.com/results.aspx?q=lens+express&mkt=en-US&form=QBRE
Other Organizations Bidding:
1. www.lenscrafters.com

2. www.lens.com
3. amazon.com
4. www.lenscomfort.com
5. www.ez4search.com
6. www.saintengine.com
7. www.uncoverthenet.com

