# Exhibit M

Exhibit M

Dockets.Justia.com

**Kathryn L. Nash**

---

**From:** Tony DeGidio [mailto:tony@cyberlawyer.com]
**Sent:** Monday, April 16, 2007 1:19 PM
**To:** Bryan G. Pratt
**Cc:** Bryce Craven; Brandon Dansie; Dave Zeidner
**Subject:** Re: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

Hello Bryan,

I will speak with my client and see if we can determine why these sponsored listings are appearing. As you know, my client has a trademark for LENS and I assume you do not expect him to take any steps to stop his links from coming up when the word lens is a search term. That issue asie, we will seek to determine why the other searches trigger a sponsored link.

=====

Sincerely,

Anthony J. DeGidio Esq.
Fraser, Clemens, Martin & Miller LLC
28366 Kensington Lane
Perrysburg, OH  43551
(419) 874-1100 (Voice)
(419) 874-1130 (Fax)
E-Mail: tony@cyberlawyer.com

---

CONFIDENTIALITY NOTICE
This message is privileged and confidential and is intended only for the use of the individual or entity to which it is addressed. The information is private and protected by law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify me by e-mail or telephone and destroy any copies of this communication.

> ----- Original Message -----
> **From:** Bryan G. Pratt
> **To:** Tony DeGidio
> **Cc:** Dave Zeidner ; Brandon Dansie ; Bryce Craven
> **Sent:** Monday, April 16, 2007 12:56 PM
> **Subject:** RE: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)
>
> Hello Mr. DeGidio,
>
> I was recently contacted by my client 1-800 Contacts and informed that Lens.com is again showing up as a sponsored advertisement on Google and Yahoo triggered by the search terms 1 800 contact, 1800 contact, 800 contacts, 800.contacts, 1-800contacts.com, lens express, and lensexpress. I have attached the screen shots of the sponsored advertisements for your records.
>
> We recognize that your client works with an affiliate network and some of the advertisements may not be generated directly by your client. We appreciate the prompt action you have taken in the past in resolving these situations with your affiliates. We hope for a continued amicable relationship in resolving these situations. Please reply to this message with a confirmation of its receipt and a detail of the actions you plan to take to remedy the situation.
>
> Thank you in advance for your prompt attention to this matter. Please feel free to contact me with any

questions you may have.

Thank You,

    Bryan G. Pratt, Esq.
    Registered Patent Attorney
    Rader, Fishman & Grauer PLLC
    10653 S. River Front Parkway, Suite 150
    South Jordan , Utah 84095
    +1-801-253-9957 direct
    +1-801-735-8358 mobile
    +1-801-572-7666 facsimile
    bgp@raderfishman.com

**CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT**: The enclosed message and any attachments are intended for the addressee only and is privileged and confidential. If you are not the addressee, then please DO NOT read, copy or distribute it, but reply to the sender that you received it in error and delete it. Thank you.

---

**From:** Tony DeGidio [mailto:tony@cyberlawyer.com]
**Sent:** Wednesday, December 07, 2005 6:03 PM
**To:** Bryan G. Pratt
**Cc:** Tony DeGidio
**Subject:** Re: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

Bryan,

I will have my client look into your statements and see if we can determine who is doing it.
=====
Sincerely,

Anthony J. DeGidio Esq.
1776 Tremainsville Rd.
Toledo, Ohio 43614
419-478-1776 (Voice)
419-478-5087 (Fax)
E-Mail: tony@cyberlawyer.com

---

CONFIDENTIALITY NOTICE
This message is privileged and confidential and is intended only for the use of the individual or entity to which it is addressed. The information is private and protected by law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify me by e-mail or telephone and destroy any copies of this communication.

----- Original Message -----
**From:** Bryan G. Pratt
**To:** Bryan G. Pratt ; Tony DeGidio
**Cc:** Samantha Blair ; Dave Zeidner
**Sent:** Wednesday, December 07, 2005 10:35 AM
**Subject:** RE: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

Mr. DeGidio,

Thank you for the actions you have taken in response to my last message included below. The lens.com sponsored advertisement on Google that was triggered by searches for 1800contacts has been removed.

However, the sponsored advertisements for Lens.com are still present on search.aol.com. Again, we appreciate the prompt action you have taken in the past in resolving these situations with your affiliates. We hope for a continued amicable relationship in resolving these situations. Please reply to this message with a confirmation of its receipt and a detail of the actions you plan to take to remedy the situation.

Thank you in advance for your prompt attention to this matter. Please feel free to contact me with any questions you may have.

Thank You,

**RADER, FISHMAN & GRAUER PLLC**

Bryan G. Pratt, Esq.
Registered Patent Attorney
Rader, Fishman & Grauer PLLC
10653 S. River Front Parkway, Suite 150
South Jordan, Utah 84095
+1-801-253-9957 direct
+1-801-735-8358 mobile
+1-801-572-7666 facsimile
bgp@raderfishman.com

**CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT**: The enclosed message and any attachments are intended for the addressee only and is privileged and confidential. If you are not the addressee, then please DO NOT read, copy or distribute it, but reply to the sender that you received it in error and delete it. Thank you.

-----Original Message-----
**From:** Bryan G. Pratt
**Sent:** Wed 11/30/2005 2:55 PM
**To:** 'Tony DeGidio'
**Cc:** 'Samantha Blair'; Dave Zeidner
**Subject:** RE: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

Mr. DeGidio,

I was recently contacted by my client 1-800 Contacts and informed that Lens.com is again showing up as a sponsored advertisement on Google and Yahoo triggered by the search terms 1-800contacts and 1-800contacts.com. I have attached the screen shots of the sponsored advertisements for your records.

We appreciate the prompt action you have taken in the past in resolving these situations with your affiliates. We hope for a continued amicable relationship in resolving these situations. Please reply to this message with a confirmation of its receipt and a detail of the actions you plan to take to remedy the situation.

Thank you in advance for your prompt attention to this matter. Please feel free to contact me with any questions you may have.

Thank You,

Bryan G. Pratt, Esq.
Registered Patent Attorney
Rader, Fishman & Grauer PLLC
10653 S. River Front Parkway, Suite 150
South Jordan, Utah 84095



+1-801-253-9957 direct
+1-801-735-8358 mobile
+1-801-572-7666 facsimile

bgp@raderfishman.com

**CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT**: The enclosed message and any attachments are intended for the addressee only and is privileged and confidential. If you are not the addressee, then please DO NOT read, copy or distribute it, but reply to the sender that you received it in error and delete it. Thank you.

-----Original Message-----
**From:** Tony DeGidio [mailto:tony@cyberlawyer.com]
**Sent:** Wednesday, September 21, 2005 4:03 PM
**To:** Bryan G. Pratt
**Cc:** Tony DeGidio
**Subject:** Re: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

Mr. Pratt,

Mr. Zeidner from 1-800-CONTACTS was advised that Lens.com Inc. is represented by counsel yet you persist in contacting my client. He further has declined to return my phone calls to him. Please take note that I represent Lens.com Inc. with respect to its intellectual property protection and litigation. To this end cease your communications to my client and Mr. Samourkachian. If you are interested in resolving the problems outlined in your letter please contact me directly.

We have looked into this matter and have determined that some of our affiliates appear to be involved in the problems you outlined. Upon identifying the appropriate individuals we will advise them to cease purchasing 1-800-CONTACTS from Google.

=====
Sincerely,

Anthony J. DeGidio Esq.
1776 Tremainsville Rd.
Toledo, Ohio 43614
419-478-1776 (Voice)
419-478-5087 (Fax)
E-Mail: tony@cyberlawyer.com

CONFIDENTIALITY NOTICE
This message is privileged and confidential and is intended only for the use of the individual or entity to which it is addressed. The information is private and protected by law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify me by e-mail or telephone and destroy any copies of this communication.

----- Original Message ----
**From:** Bryan G. Pratt

**To:** cary@samourkachian.com
**Sent:** Tuesday, September 20, 2005 6:19 PM
**Subject:** FW: Unauthorized use of 1800 CONTACTS Trademark (Our Matter No. 40302-0012)

Mr. Samourkachian,

Please review the attached document.

Feel free to contact me with any questions you may have.

Thank You,

**RADER,**
**FISHMAN**
**& GRAUER**
**PLLC**

Bryan G. Pratt, Esq.
Registered Patent Attorney
Rader, Fishman & Grauer PLLC
10653 S. River Front Parkway, Suite 150
South Jordan, Utah 84095
+1-801-253-9957 direct
+1-801-735-8358 mobile
+1-801-572-7666 facsimile
bgp@raderfishman.com

**CONFIDENTIAL AND PRIVILEGED INFORMATION IMPORTANT**: The enclosed message and any attachments are intended for the addressee only and is privileged and confidential. If you are not the addressee, then please DO NOT read, copy or distribute it, but reply to the sender that you received it in error and delete it. Thank you.