IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| 1-800 CONTACTS, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LENS.COM, INC. d/b/a as LENS.COM, JUSTLENS.COM and JUSTLENSES.COM, a Nevada corporation,<br><br>Defendant. | **ORDER**<br><br>Civ. No. 2:07cv00591<br><br>District Judge Dee Benson<br>Magistrate Judge David Nuffer |

The Court has considered Defendant Lens.com's Objections to Magistrate Judge's Decision and Order[1], responsive filings submitted by the parties, and oral arguments presented by the parties.

IT IS HEREBY ORDERED that Defendant's Objection (Docket No. 34) filed June 17, 2008 is OVERRULED. The Court upholds and adopts the Magistrate Judge's decision and order (Docket No. 29) entered on June 2, 2008.

IT IS FURTHER ORDERED:

Defendant Lens.com and its counsel are sanctioned and warned against further obstructions and dilatory conduct. Plaintiff 1-800 Contacts may submit to this Court evidence of its "reasonable expenses incurred in the briefing and the oral argument associated with responding to Defendant's Objection, including attorney's fees" within ten (10) calendar days of

---

[1] Docket No. 34, filed June 17, 2008.

this order.

    Dated this 14th day of September, 2008.

                                                                   Dee Benson  
                                                                   United States District Judge