Mark M. Bettilyon (4798)
Arthur B. Berger (6490)
Elaina M. Maragakis (7929)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

*Attorneys for Defendant Lens.Com, Inc.*

_____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| 1-800 CONTACTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LENS.COM, INC., d/b/a LENS.COM, JUSTLENS.COM, and JUSTLENSES.COM, a Nevada corporation,<br><br>Defendant. | **LENS.COM'S MOTION FOR SUMMARY JUDGMENT**<br><br><br>Civil No. 2:07-CV-591<br><br>Judge Clark Waddoups |

Defendant Lens.Com, Inc. ("Lens.Com"), by and through its counsel, hereby files its Motion for Summary Judgment. This motion, made pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby seeks dismissal, with prejudice, of all claims and causes of action in the Amended Complaint. This motion is supported by the memorandum filed herewith.

DATED this 2nd day of February, 2009.

                                RAY QUINNEY & NEBEKER P.C.

                                /s/   Mark M. Bettilyon
                                Mark M. Bettilyon
                                Arthur B. Berger
                                Elaina M. Maragakis

                                Scott R. Ryther
                                Cody W. Zumwalt
                                HOWARD, PHILLIPS & ANDERSEN

                                *Attorneys for Defendant Lens.Com, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February 2009, I electronically filed the foregoing **LENS.COM'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

Bryan G. Pratt
RADER FISHMAN & GRAUER
10653 S River Front Pkwy, Suite 150
South Jordan, UT  84095
bgp@raderfishman.com

R. Terrance Rader
Kristin L. Murphy
Linda D. Mettes
RADER, FISHMAN & GRAUER, PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304
rtr@raderfishman.com
klm@raderfishman.com
ldm@raderfishman.com

David J. Steele
CHRISTIE PARKER & HALE
3501 Jamboree Road, Suite 600
Newport Beach, California 92660
djslit@chp.com

/s/    Lori M. McGee

1021036